

OFFICE OF THE COUNTY MANAGER

2100 Clarendon Boulevard, Suite 302, Arlington, VA 22201
TEL 703.228.3120  FAX 703.228.3218  TTY 703.228.4611   www.arlingtonva.us

December 29, 2017

**SENT VIA EMAIL:**   bdimuro@dimuro.com
**and FIRST CLASS MAIL**

Bernard J. DiMuro
DIMUROGINSBERG, PC
1101 King Street
Suite 610
Alexandria, VA  22314

Dear Mr. DiMuro:

This letter is in response to your Virginia Freedom of Information Act request regarding William Bayne, Jr.

Please find attached with this letter the County's responsive records to your request.

Please note, 41 records were exempt or redacted pursuant to Virginia Code Section 2.2-3705.1(2); 2 records were redacted pursuant to Virginia Code Section 2.2-3705.1(13).

Pursuant to Code of Virginia § 2.2-3704(F), the County is permitted to make reasonable charges to cover the County's actual cost incurred in accessing, duplicating, supplying, or searching for any potential responsive records.  The total cost associated with the request is $407.90; a deposit of $107.50 was received with a balance now due of $300.40.  Please note this total cost does not include staff hours of reviewing any potential records and/or determine whether any exemptions apply.

| | | |
|---|---|---|
| Zoning Administrative Specialist: | 9 hours @ $25.00 per hour | $225.00 |
| Copies: | 1,276 - 8x11 sheets @ .10 | 127.60 |
| Copies: | 53 – 8x14 sheets @ .10 | 5.30 |
| Compact Disc burned: | 1 CD  @ $50/per CD | 50.00 |
| | | $407.90 |
| Deposit received: | | - $107.50 |
| Total due: | | $300.40 |

Please submit payment payable to "Treasurer, Arlington County", by mail to Ina Chandler, FOIA Officer, 2100 Clarendon Blvd., Suite # 302, Arlington, VA, 22201.

Thank you for contacting this office.

Sincerely,

*Jo Ann Harrison*

Jo Ann Harrison
Arlington County FOIA Officer, Acting


EXHIBIT 3